24191. HUNTER *v.* THE STATE.

MacINTYRE, J. 1. Considering the answer of the trial judge in connection with the brief of evidence attached to the petition for certiorari, the evidence authorized the verdict.

2. The evidence authorized the charge of the judge to the jury upon the law of flight.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED NOVEMBER 7, 1934.

*C. G. Battle,* for plaintiff in error.

*John A. Boykin, solicitor-general, John S. McClelland, solicitor, J. W. LeCraw,* contra.